To order this form, visit www.printcarta.com
Target Information Management, Inc.

Approved, SCAO

Original - State Treasurer (Part 1)
1st copy - Court (Part 2)
2nd copy - Defendant (Part 2)
3rd copy - Return (proof of service) (Part 2)
4th copy - Plaintiff/Attorney (Part 2)

US Bankruptcy
Court Eastern
District of Michigan

**STATE OF MICHIGAN**
_____ **JUDICIAL DISTRICT**
_____ **JUDICIAL CIRCUIT**

**REQUEST AND WRIT FOR GARNISHMENT**
**(INCOME TAX REFUND/CREDIT)**

FILED '19 AUG 9 ... BANKRUPTCY ...

• CASE NO.
16-04163

| Court address | • Zip code | Court telephone no. |
|---|---|---|
| 211 West Fort St., Detroit, MI 48226 | | 313-234-0065 |

This portion to be completed by the court only.

**TO THE GARNISHEE: Make the amount intercepted pursuant to this writ payable to and mail to:**  ☐ the plaintiff.  ☐ the plaintiff's attorney.  ☐ the court.

Plaintiff's name and address (judgment creditor)

Brite Financial Services, LLC
c/o Jason Michael Katz, P.C.
30665 Northwestern Hwy., #202

v

Defendant's name and address (judgment debtor)

Donna Harris
21935 Coolidge
Oak Park, Michigan 48237    N

Plaintiff's attorney, address
Jason Michael Katz, P.C.
30665 Northwestern Highway, Suite 202
Farmington Hills, MI 48334

Garnishee
Third Party Withholding Unit
Michigan Department of Treasury
PO Box 30785
Lansing, Michigan 48909

| Plaintiff attorney FE no. | Plaintiff attorney telephone no. |
|---|---|
| 20-4212478 | (248) 702-6310 |

**REQUEST**  NOTE for item 2: If a civil judgment includes judgment interest in the "total judgment" field (as in the forms in use before the 5/07 revisions), the interest amount reported in item 2 should not include any postfiling interest already included in the judgment.

1. On ___12/22/16___ , the plaintiff received judgment against the defendant for:   $ 17,828.92
2. The total amount of judgment interest accrued to date is:   $ 968.49
   The total amount of postjudgment costs accrued to date is:   $ 6.00
   The total amount of postjudgment payments made and credits to date is:   $ 691.00
   **The amount of the unsatisfied judgment now due (including interest and costs) is:**   $ 18,112.41
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. Plaintiff requests a writ of garnishment to intercept income tax and that it be paid to ☒ plaintiff's attorney. ☐ plaintiff.

I declare that the statements above are true to the best of my information, knowledge, and belief.

7/19/2019

Date

Plaintiff/Agent/Attorney signature  JASON M. KATZ (P62923)
SANDRA FRANCIS (P74229)
KIRSTEN VESTRAND (P74862)
ROBERT E. ZIELINSKI (P69250)

**WRIT OF GARNISHMENT**    To be completed by the court.

**TO THE PLAINTIFF:**
1. The social security number field is blacked out for security reasons on all parts except the garnishee copy.
2. You must serve this writ on the state treasurer along with a $6.00 fee and any discovery request for information related to this garnishment.
3. You must serve a copy of this writ on the defendant within 7 days after serving the writ on the state treasurer.
4. You are responsible for paying to the state treasurer any reasonable costs incurred by the state treasurer in providing information in response to your discovery request.
5. If a state tax refund or credit is not intercepted before October 31 of the year during which this writ of garnishment is to be processed, you will not receive a disclosure unless you file a written request with the state treasurer between November 1 and December 31 of the tax year following the tax year for which this writ was filed.

**TO THE DEFENDANT: See separate instructions.**
1. If a state tax refund or credit is intercepted pursuant to this writ, the state treasurer will notify you on a disclosure form.
2. You have **14 days** after being notified of an intercept to file objections to the writ of garnishment with the court. If you do not object within this time, the intercepted tax refund or credit held under this writ will be applied to the judgment **28 days** after the disclosure was filed with the court.

**TO THE GARNISHEE:**
1. Upon intercepting a state tax refund or credit, calculate the amount available to satisfy all or part of the garnishment.
2. Within 90 days after establishing any other liability for which the state tax refund or credit may be applied under MCL 205.30a, file with the court a verified disclosure identifying the intercepted amount, less any setoff, counterclaim, or other demand of the state against the defendant.
3. Unless notified by the court that objections to the writ of garnishment have been filed, payment of the intercepted amount must be made not less than 28 days after filing the disclosure.
4. **You are ordered to pay the amount intercepted under this writ as stated at the top of this form.**

8/9/2019

12-00318-0

Date of issue

MC 52 (4/18) **REQUEST AND WRIT FOR GARNISHMENT (INCOME TAX REFUND/CREDIT) (Part 2)** MCL 600.4061, MCL 600.4061a
COURT