To order this form visit www.printcarta.com
a Target Information Management Company

Approved, SCAO

Original - Garnishee (Part 1)
1st copy - Court (Part 2)
2nd copy - Defendant (Part 2)

3rd copy - Return (proof of service) (Part 2)
4th copy - Plaintiff/Attorney (proof) (Part 2)

| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT | REQUEST AND WRIT FOR GARNISHMENT<br>(PERIODIC) | CASE NO.<br>1201182GC |
|---|---|---|

US Bankruptcy Court Eastern District of Michigan

Adv. 19-4163

**Court address:** 211 West Fort St, Detroit, MI 48226    Zip code    **Court telephone no.** 313-234-0065

**Plaintiff's name and address (judgment creditor)**
Brite Financial Services, LLC
c/o Jason Michael Katz, P.C.
30665 Northwestern Hwy., #202
Farmington Hill, MI 48334

v

**Defendant's name and address (judgment debtor)**
Donna Harris
21935 Coolidge
Oak Park, Michigan 48237

**Employee ID or account no.**

**Plaintiff's attorney, bar no., and address**
JASON MICHAEL KATZ, P.C. (P62923)
30665 Northwestern Hwy., Ste. 202
Farmington Hills, MI 48334

**Garnishee name and address**
ImageMaster Printing LLC
c/o Incorp Services Inc.
2285 South Michigan Road
Eaton Rapids, MI 48827

**Telephone no.** (248) 702-6310

## REQUEST    See separate instructions.

1. Plaintiff received judgment against defendant for $ 17,828.92 on 12/22/16.
2. The total amount of judgment interest accrued to date is $ 1,025.22. The total amount of postjudgment costs accrued to date is $ 6.00. The total amount of postjudgment payments made and credits to date is $ 691.00. **The amount of the unsatisfied judgment now due (including interest and costs) is** $ 18,169.14.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of periodic garnishment.

I declare that the statements above are true to the best of my information, knowledge, and belief.

**Date:** September 12, 2019

**Plaintiff/Agent/Attorney signature:** JASON M. KATZ (P62923) / KIRSTEN VESTRAND (P74862) / ROBERT ZIELINSKI (P69250)

## WRIT OF GARNISHMENT

**IT IS ORDERED:**

**TO THE PLAINTIFF:** Have all copies of the Garnishee Disclosure (form MC 14), two copies of this writ, and the disclosure fee ($6 if the State of Michigan is the garnishee; $35 for all others) served on the garnishee within 182 days from the date of issue. If not properly served, the writ of garnishment is invalid. After receiving your first payment under the garnishment, provide the garnishee and defendant a statement of the balance remaining on the judgment, including interest and costs, at least once every 6 months. Within 21 days after the judgment has been paid, including all interest and costs, provide the garnishee and defendant a garnishment release (form MC 50).

**TO THE DEFENDANT: See separate instructions.** You have 14 days after this writ is mailed or delivered to you to file objections with the court. If you do not file objections within this time, periodic payments (money) owed to you by the garnishee may be withheld and paid directly to the plaintiff until the judgment is satisfied.

**TO THE GARNISHEE:**

1. Within 7 days after you are served with this writ, deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Within 14 days after you are served with this writ, deliver or mail copies of your completed Garnishee Disclosure (form MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to disclose.
3. Do not pay any obligations to the defendant unless allowed by statute or court rule.
4. If indebted to the defendant, withholding must begin according to court rule and continue until the judgment is satisfied. Unless satisfied that an objection has been filed, begin forwarding withheld payments 28 days after you are served with this writ.

**You are ordered to make all payments withheld under this writ payable to:**
☐ the plaintiff    ☒ the plaintiff's attorney    ☐ the court
**and mail them to:** ☐ the plaintiff.    ☒ the plaintiff's attorney.    ☐ the court.

5. Within 14 days after the judgment is satisfied or you are no longer obligated to make periodic payments to the defendant, file a final statement of the total amount paid on this writ with the court and mail or deliver copies to the plaintiff/attorney and defendant.

**Date of issue:** 9/16/2019

**Date of deadline for service (182 days from date of issue):** 12-00318-0

**Clerk of the court/Deputy:** Amanda Staley

MC 12 (4/18)    **REQUEST AND WRIT FOR GARNISHMENT (PERIODIC) (Part 2)**    MCL 600.4011 et seq., MCR 3.101

**COURT**

Filed 09/16/19 Entered 09/16/19 12:22:47    Doc 27    19-04163-mar    Page 1 of 1